# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Martane Wade,<br><br>                Defendant. | Case No. 2:18-cr-00155-MMD-DJA<br><br>**Order** |

Before the Court is Defendant Martane Wade's motion for a copy (ECF No. 112) of his previously-filed motion for return of property (ECF No. 109). The Court is not responsible for providing paper copies to litigants for free. Copies produced in paper form are $.50 per page. Nevada Local Rule IC 1-1(f)(5); 28 U.S.C. § 1914. However, the Court will grant Defendant's motion and send him a paper copy of his motion at ECF No. 109 as a one-time courtesy.

**IT IS THEREFORE ORDERED** that Defendant's motion for copies (ECF No. 112) is **granted as a one-time courtesy.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail a copy of this order and of Defendant's motion filed at ECF No. 109 to Defendant at the below addresses:[1]

**Martane Wade #54799-048**

F.C.I. Victorville #1

P.O. Box #3725

Adelanto, CA 92301

---

[1] The address Defendant provides neither matches the address for FCI Victorville's institution nor the address for FCI Victorville's satellite camp. The Court thus sends the motion to all three addresses. Defendant must check and ensure his address is correct in any future motions.

**Martane Wade #54799-048**

FCI Victorville Medium II

Federal Correctional Institution

P.O. Box 3850

Adelanto, CA 92301

**Martane Wade #54799-048**

FCI Victorville Medium II

Federal Correctional Institution

Satellite Camp

P.O. Box 5300

Adelante, CA 92301

DATED: October 13, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE